**Patrick C. Wylie,** OSB No. 085187
Email:  pwylie@davisrothwell.com
**Pedro R. Zugazaga,** OSB No. 151642
Email: kzugazaga@davisrothwell.com
**DAVIS ROTHWELL EARLE & XÓCHIHUA P.C.**
200 S.W. Market Street, Suite 1800
Portland, Oregon 97201
Tel:  (503) 222-4422
Fax:  (503) 222-4428

**Of Attorneys for Defendants**

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON - PORTLAND DIVISION

LARRY R. GEORGE,

                Plaintiff,

v.

INTEL CORPORATION, a foreign corporation, and SKANSKA USA BUILDING INC., a Delaware corporation,

                Defendants.

Case No. 3:22-cv-01975

**NOTICE OF REMOVAL TO FEDERAL COURT PURSUANT TO 28 U.S.C. §§ 1332, 1441 and 1446 BY DEFENDANTS INTEL CORPORATION AND SKANSKA USA BUILDING INC.**

TO:   THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF OREGON AND TO PLAINTIFF LARRY R. GEORGE AND HIS ATTORNEYS OF RECORD

**PLEASE TAKE NOTICE** that, pursuant to 28 U.S.C. §§1332, 1441 and 1446, Defendants Intel Corporation and Skanska USA Building Inc. hereby remove to this Court the case now pending in Multnomah County Circuit Court as *Larry R. George v. Intel Corporation and Skanska USA Building Inc.*, Case No. 22CV40729.

Page 1  NOTICE OF REMOVAL TO FEDERAL COURT PURSUANT TO 28 U.S.C. §§ 1332, 1441 and 1446 BY DEFENDANTS INTEL CORPORATION AND SKANSKA USA BUILDING INC.

L:\85\GEORGE\PLDG\Federal\Drafts\Notice of Removal.Federal.docx

DAVIS ROTHWELL
EARLE & XÓCHIHUA P.C.
200 SW MARKET ST, SUITE 1800
PORTLAND, OREGON 97201
T (503) 222-4422  F (503) 222-4428

## STATEMENT OF FACTS

1. On November 30, 2022, Plaintiff Larry George filed Multnomah County Circuit Court Case No. 22CV40729 against Intel Corporation (hereinafter "Intel") and Skanska USA Building Inc. (hereinafter "Skanska"), and hereinafter collectively referred to as Defendants.

2. Intel was served with Summons and Complaint on December 6, 2022. Skanska was also served with Summons and Complaint on December 6, 2022.

## GROUNDS FOR REMOVAL

As grounds for removal, Defendants state as follows:

3. 28 U.S.C. § 1441(a) provides "any civil action brought in a State court of which the district courts of the United States have original jurisdiction, may be removed by the defendant or defendants, to the district court of the United States . . ." This court has original jurisdiction over all civil actions where the matter in controversy exceeds $75,000 and is between citizens of different states. 28 U.S.C. § 1332(c)(1). For purposes of diversity jurisdiction, a corporation is "deemed to be a citizen of every State and foreign state by which it has been incorporated and of the State or foreign state where it has its principal place of business …." This action may be removed pursuant to 28 U.S.C. § 1441 because the action involves a controversy between citizens of different states, and the amount in controversy exceeds $75,000, exclusive of interest and costs.

4. Plaintiff was, when he filed his complaint, and is now, a citizen and resident of the State of Oregon. Plaintiff alleges money damages in the amount of $2,405,000.

5. Intel was, at the time of the filing of the complaint, incorporated in Delaware and its principal place of business is in California.

6. Skanska was, at the time of filing of the Complaint, incorporated in Delaware, and its principal place of business is in New Jersey.

Page 2   NOTICE OF REMOVAL TO FEDERAL COURT PURSUANT TO 28 U.S.C. §§ 1332, 1441 and 1446 BY DEFENDANTS INTEL CORPORATION AND SKANSKA USA BUILDING INC.

L:\85\GEORGE\PLDG\Federal\Notice of Removal.Federal.docx

DAVIS ROTHWELL
EARLE & XÓCHIHUA P.C.
200 SW MARKET ST, SUITE 1800
PORTLAND, OREGON 97201
T (503) 222-4422  F (503) 222-4428

7. The above statements of citizenship were true at the time of the filing of the Complaint and at the time of removal.

8. At the time of the filing of the original Complaint complete diversity existed between the parties.

9. At the time of removal, complete diversity still exists between the parties.

10. In compliance with 28 U.S.C. 1446(a), attached hereto as <u>Exhibit A</u> are copies of all processes, pleadings, and orders served on or otherwise provided to Defendants in the Multnomah County proceeding to date.

## TIMELIENESS OF REMOVAL

11. This action is timely under 28 U.S.C. § 1446(a), which provides that notice of removal must be filed within 30 days after a defendant receives, by service or otherwise, the initial pleading.

## VENUE

12. Venue of this action is proper in the Portland Division of the District of Oregon as this is the district and division in which the State court action is pending. 28 U.S.C. § 1446(a).

## NOTICE OF REMOVAL TO STATE COURT

13. Defendants certify that a true and correct copy of this Notice of Removal to Federal Court will promptly be filed with the Clerk of the Circuit Court of the State of Oregon for Multnomah County pursuant to 28 U.S.C. § 1446(d).

## NOTICE TO PLAINTIFF

14. Defendants will promptly serve written notice of this filing on counsel for Plaintiff as required by 28 U.S.C. § 1446(d).

## NON-WAIVER OF DEFENSES

Page 3    NOTICE OF REMOVAL TO FEDERAL COURT PURSUANT TO 28 U.S.C. §§ 1332, 1441 and 1446 BY DEFENDANTS INTEL CORPORATION AND SKANSKA USA BUILDING INC.

L:\85\GEORGE\PLDG\Federal\Notice of Removal.Federal.docx

DAVIS ROTHWELL
EARLE & XÓCHIHUA P.C.
200 SW MARKET ST, SUITE 1800
PORTLAND, OREGON 97201
T (503) 222-4422  F (503) 222-4428

15. By removing this action from the Multnomah County Circuit Court of the State of Oregon, Defendants do not waive any defenses available to it or admit any of the allegations in Plaintiff's Complaint. Further, Defendants reserve the right to amend or supplement this Notice of Removal.

## CONCLUSION

16. This Court has jurisdiction over these claims under 28 U.S.C. § 1332. Therefore, this action may be removed to this court pursuant to 28 U.S.C. §§1441 and 1446.

17. If any questions arise as to the propriety of the removal of this action, Defendants respectfully request the opportunity to present a brief, with supporting evidence, and requests oral argument supporting the removal of this action.

18. This notice of removal is signed pursuant to FRCP 11.

WHEREFORE, Defendants pray that this civil action be removed from the Circuit Court of the State of Oregon for the County of Multnomah to the United States District Court for the District of Oregon.

DATED this 22nd day of December, 2022.

DAVIS ROTHWELL
EARLE & XÓCHIHUA P.C.

*/s/ Patrick Wylie*

Patrick C. Wylie, **OSB No. 085187**
E-mail: pwylie@davisrothwell.com
Pedro R. Zugazaga, **OSB No. 151642**
Email: kzugazaga@davisrothwell.com
**DAVIS ROTHWELL EARLE & XÓCHIHUA P.C.**
200 S.W. Market Street, Suite 1800
Portland, Oregon 97201
Tel:  (503) 222-4422
Fax:  (503) 222-4428

Page 4  NOTICE OF REMOVAL TO FEDERAL COURT PURSUANT TO 28 U.S.C. §§ 1332, 1441 and 1446 BY DEFENDANTS INTEL CORPORATION AND SKANSKA USA BUILDING INC.
L:\85\GEORGE\PLDG\Federal\Notice of Removal.Federal.docx

DAVIS ROTHWELL
EARLE & XÓCHIHUA P.C.
200 SW MARKET ST, SUITE 1800
PORTLAND, OREGON 97201
T (503) 222-4422  F (503) 222-4428

## CM/ECF CERTIFICATE

I hereby certify that on December 22, 2022, I filed **NOTICE OF REMOVAL TO FEDERAL COURT PURSUANT TO 28 U.S.C. §§ 1332, 1441 and 1446 BY DEFENDANTS INTEL CORPORATION AND SKANSKA USA BUILDING INC.** electronically through CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

>Paul S. Bovarnick, OSB #791654
>Rose, Senders & Bovarnick, LLC
>1205 NW 25th Avenue
>Portland, OR 97210
>pbovarnick@rsblaw.net
>Portland, OR 97204
>Telephone: (503) 227-2486
>Facsimile: (503) 877-1768
>   *Of Attorneys for Plaintiff*

DATED this 22nd day of December, 2022.

>DAVIS ROTHWELL
>
>EARLE & XÓCHIHUA, P.C.
>
>_____
>Patrick C. Wylie, OSB No. 085187
>pwylie@davisrothwell.com
>Pedro R. Zugazaga, OSB No. 151642
>kzugazaga@davisrothwell.com
>Of Attorneys for Defendants Intel Corporation and Skanska USA Building Inc.

Page 1   CERTIFICATE OF SERVICE

L:\85\GEORGE\PLDG\Federal\Notice of Removal.Federal.docx

**DAVIS ROTHWELL
EARLE & XÓCHIHUA P.C.**
200 SW Market St, Suite 1800
Portland, Oregon 97201
T (503) 222-4422  F (503) 222-4428

11/30/2022 3:17 PM
22CV40729

IN THE CIRCUIT COURT OF THE STATE OF OREGON

FOR THE COUNTY OF MULTNOMAH

| | |
|---|---|
| **LARRY R. GEORGE**, <br><br> Plaintiff, <br><br> v. <br><br> **INTEL CORPORATION**, a Delaware corporation, and **SKANSKA USA BUILDING INC.**, a Delaware corporation, <br><br> Defendants. | No. <br><br> **COMPLAINT** <br><br> PERSONAL INJURIES - EMPLOYER LIABILITY LAW (ORS 654.305) - OREGON SAFE EMPLOYMENT ACT (ORS 654.310) - NEGLIGENCE <br><br> Amount Sought: $2,405,000 <br><br> Filing fee per ORS 21.160(1)(d): $884.00 <br><br> <u>CLAIM NOT SUBJECT TO MANDATORY ARBITRATION</u> |

Plaintiff alleges:

1.

At all times material hereto, Defendant Skanska USA Building Inc. (hereinafter "Skanska") was a Delaware corporation, with a principal place of business in Parsippany, New Jersey. Defendant Skanska operates regional offices located at 222 SW Columbia Street, Suite 300, Portland, Multnomah County, Oregon. Defendant Skanska is authorized to do and doing business in the State of Oregon as a general contractor overseeing commercial construction projects, including Defendant Intel's "WTR 1" jobsite at its facilities located at Ronler Acres, Hillsboro, Oregon.

2.

At all times material hereto, Defendant Intel Corporation (hereinafter "Intel") was an active Delaware corporation, with a principle place of business located in Santa

PAGE 1 - COMPLAINT

ROSE, SENDERS & BOVARNICK, LLC
Attorneys at Law
1205 N.W. 25th Avenue
Portland, Oregon 97210
(503) 227-2486 / (503) 877-1768 (Fax)

Exhibit A, Page 1 of 9

Clara, California. Defendant Intel is authorized to do and doing business in the State of Oregon, designing and manufacturing technological equipment, including the construction of facilities to carry out its business. Defendant Intel is the owner and developer of the WTR 1 project.

3.

Plaintiff Larry R. George was an Oregon resident and an employee of OEG, Inc., doing business as Oregon Electric Group, a subcontractor of Defendant Skanska for the WTR 1 project.

4.

On or about February 18, 2021, Plaintiff was working in the course and scope of his employment for OEG, Inc. when winter weather caused snow and ice to accumulate at Defendants' WTR 1 jobsite.

5.

Defendants did not arrange for the removal of snow or ice at the WTR 1 jobsite, or otherwise take action to prevent individuals from working in snow or ice. As a result, Plaintiff fell in the slippery snow and ice, suffering injuries as hereinafter alleged.

6.

As a direct result of the negligence of Defendants, and each of them, by and through their employees and/or agents, either actual or apparent, Plaintiff slipped in the ice and snow at the WTR 1 jobsite causing tears to his right lateral and medial menisci, which required surgery. Plaintiff continues to suffer severe pain, stiffness, weakness, reduced range of motion, limited mobility, and sleeplessness. Plaintiff's injuries are permanent and progressive, and have interfered with his ability to carry out daily activities, and limited his ability to enjoy recreational activities. Plaintiff has been rendered sick, sore, nervous, frustrated, and upset, all to his non-economic damages of $1,000,000.

PAGE 2 - COMPLAINT

ROSE, SENDERS & BOVARNICK, LLC
Attorneys at Law
1205 N.W. 25th Avenue
Portland, Oregon 97210
(503) 227-2486 / (503) 877-1768 (Fax)

Exhibit A, Page 2 of 9

7.

As a result of the negligence of defendants, and each of them, Plaintiff has incurred medically-related bills to date in the approximate sum of $30,000, and will require future medical treatment in the amount of $50,000, all to his economic damages.

8.

As a result of the negligence of defendants, and each of them, Plaintiff has lost, and will continue to lose, wages, income, and benefits from his work in the approximate sum of $750,000, will incur expenses in the amount of $75,000 for retraining and has suffered an impairment of his earning capacity in the amount of $500,000, all to his economic damages.

**FIRST CLAIM FOR RELIEF**

**Count I**

Employer Liability Law - Violation ORS 654.305

9.

The work Plaintiff was engaged in was work involving risk or danger.

10.

At the time of Plaintiff's injury, his employer and defendants, and each of them, were engaged in a common enterprise within the meaning of the Employer Liability Law in that Plaintiff's employer and one or all of the defendants were each engaged in work which would result in the completion of the above-described construction project and defendants, and each of them, had control of and responsibility for the risk-producing activity or condition.

11.

At the time of Plaintiff injury, defendant, and each of them, retained the right to control, and actually controlled, the work and jobsite conditions causing harm to

PAGE 3 - COMPLAINT

ROSE, SENDERS & BOVARNICK, LLC
Attorneys at Law
1205 N.W. 25th Avenue
Portland, Oregon 97210
(503) 227-2486 / (503) 877-1768 (Fax)

Exhibit A, Page 3 of 9

1  Plaintiff.

2  12.

3  At the time of Plaintiff's injury, defendants, and each of them, were negligent in
4  failing to use every device, care and precaution which was practicable to use for the
5  protection and safety of employees. Specifically, defendants, and each of them, were
6  negligent in one or more of the following particulars:

7  (a) In failing and/or neglecting to arrange for the removal of snow or ice at the
8  WTR 1 jobsite on February 18, 2021;

9  (b) In failing and/or neglecting to close the WTR 1 jobsite as snow and ice
10  accumulated on February 18, 2021;

11  (c) In failing and/or neglecting to provide workers, including Plaintiff, with
12  personal protective equipment and materials for winter weather hazards
13  like snow and/or ice at the jobsite;

14  (d) In failing and/or neglecting to ensure the construction site was inspected
15  by a qualified inspector on February 18, 2021, and remedy deficiencies or
16  unsafe conditions which would be found by such an inspection.

17  13.

18  As a result of the negligence of defendants, and each of them, Plaintiff was
19  injured as alleged and damaged as alleged.

20  15.

21  Defendants negligent acts constitute violations of ORS 654.305. Plaintiff is a
22  member of the class of persons meant to be protected by the statute alleged. The
23  injuries Plaintiff has suffered are of the type the statutes were enacted to prevent.

24  / / / /

25  / / / /

26  / / / /

PAGE 4 - COMPLAINT

ROSE, SENDERS & BOVARNICK, LLC
Attorneys at Law
1205 N.W. 25th Avenue
Portland, Oregon 97210
(503) 227-2486 / (503) 877-1768 (Fax)

Exhibit A, Page 4 of 9

## Count II

Employer Liability Law - Violation of ORS 654.310

11.

Plaintiff re-alleges and incorporates paragraphs 9-11 and further alleges:

12.

Defendants, and each of them, violated one or more of the following rules and regulations made as prescribed by the Oregon Department of Consumer and Business Services, the violation of which caused Plaintiff's injuries:

(a) Defendants required Plaintiff to work in surroundings or under working conditions that were hazardous or dangerous to his health and safety in violation of OAR 437-001-0760(1) and 29 CFR §1926.20(a)(1);

(b) Defendants failed and/or neglected to ensure that the jobsite and place of employment was inspected by a qualified person on February 18, 2021, and failed to remedy unsafe conditions found or which should have been found by such inspection, in violation of OAR 437-001-0760(7) and 29 CFR §1926.20(b)(2);

(c) Defendants failed and/or neglected to provide appropriate personal protective equipment and materials to jobsite employees for hazardous conditions, including snow and ice, in violation of OAR 437-001-0760(1)(a-e) and 29 CFR §1926.28(a); and

(d) Defendants failed and/or neglected to implement or enforce health hazard control measures necessary to protect jobsite employees from hazardous conditions such as snow and ice, in violation of OAR 437-001-0760(1)(c).

13.

Violations of those regulations constituted a violation of ORS 654.310.

////

PAGE 5 - COMPLAINT

ROSE, SENDERS & BOVARNICK, LLC
Attorneys at Law
1205 N.W. 25th Avenue
Portland, Oregon 97210
(503) 227-2486 / (503) 877-1768 (Fax)

Exhibit A, Page 5 of 9

14.

These regulations were passed to protect individuals in the status of Plaintiff and were passed to prevent the type of injuries Plaintiff sustained.

**Count III**

<u>Negligence Per Se - Violation of Oregon Safe Employment Act</u>

15.

Plaintiff re-alleges and incorporates paragraphs 11-14.

16.

At all material times, defendants, and each of them, were employers in charge of and responsible for the work involving a risk or danger to plaintiff. The worksite at which plaintiff was working was a "place of employment"as defined in ORS 654.005(8), part of the Oregon Safe Employment Act ("OSEA"). The worksite was a fixed or movable place where an employee worked temporarily or permanently, where a process, operation, or activity related, either directly or indirectly, to an employer's industry, trade, business, or occupation.

17.

Defendants, and each of them, were owners, as that term is defined in ORS 654.005(6), in that each of them had ownership, control, and/or custody of that location.

18.

Defendants, and each of them, were employers, as that term is defined in ORS 654-005(6), in that each of that had one or more employees.

19.

By violating one or more of the safety codes set forth in paragraph 14 above, defendants, and each of them failed, to comply with every order, decision, direction, standard, rule, or regulation made or prescribed by the department in connection with the materials specified in ORS 654.001- 654.295 and 654.750 to 654.780, or in any

PAGE 6 - COMPLAINT

ROSE, SENDERS & BOVARNICK, LLC
Attorneys at Law
1205 N.W. 25th Avenue
Portland, Oregon 97210
(503) 227-2486 / (503) 877-1768 (Fax)

Exhibit A, Page 6 of 9

1  way relating to or affecting places of employment and failing to do everything necessary
2  or proper in order to secure compliance with and observance of every such order,
3  decision, direction, standard, rule or regulation, as required by ORS 654.022.
4                                          20.
5      As a result of Defendants' violations of the OSEA in one or more of the
6  particulars above, Plaintiff suffered the injuries alleged above.

### Count IV

<u>Negligence</u>

21.

Defendants were negligent as alleged in paragraph 12 above.

22.

As a foreseeable result of Defendants' negligence, Plaintiff suffered the injuries alleged above.

WHEREFORE, Plaintiff prays for judgment against Defendants in the amount of $1,405,000 economic damages, $1,000,000 non-economic damages, for his costs and disbursements incurred herein, and for such other relief as the court may deem just and equitable in these circumstances.

Dated this 30th day of November, 2022.

ROSE, SENDERS & BOVARNICK, LLC


*s/ Paul S. Bovarnick*
Paul S. Bovarnick, OSB #791654
of Attorneys for Plaintiff
and Trial Attorney
Phone: 503-227-2486
E-mail: pbovarnick@rsblaw.net

PAGE 7 - COMPLAINT

ROSE, SENDERS & BOVARNICK, LLC
Attorneys at Law
1205 N.W. 25th Avenue
Portland, Oregon 97210
(503) 227-2486 / (503) 877-1768 (Fax)

Exhibit A, Page 7 of 9

12/15/2022 1:18 PM
22CV40729

IN THE CIRCUIT COURT OF THE STATE OF OREGON

FOR THE COUNTY OF MULTNOMAH

LARRY GEORGE,

        Plaintiff,

vs.

INTEL CORPORATION, a Delaware corporation, and SKANSKA USA BUILDING, INC., a Delaware,

        Defendant.

Case No. **22CV40729**

CERTIFICATE OF SERVICE

STATE OF OREGON
County of Multnomah     ss.

I, Mitch Wirth, hereby certify that I am a competent person 18 years of age or older, a resident of the State of Oregon and that I am not a party to nor an attorney for any party in the within named action; that I made service of a true copy of:

*Summons and Complaint; Plaintiff's First Request for Production of Documents*

CORPORATE SERVICE - Pursuant to ORCP 7D(3):

Upon **INTEL CORPORATION**, by personal service upon Eden Titus, the clerk on duty in the office of the registered agent, CT Corporation System, 780 Commercial Street S.E., Suite 100, Salem, OR 97301 on December 06, 2022 at 12:09 PM.

I declare under the penalty of perjury that the above statement is true and correct.

Dated this 14 day of December, 2022.

x _____
Mitch Wirth
Nationwide Process Service, Inc.
315 W Mill Plain Blvd, Ste. 206
Vancouver, WA 98660
503-241-0636

*361847*

12/15/2022 1:18 PM
22CV40729

IN THE CIRCUIT COURT OF THE STATE OF OREGON

FOR THE COUNTY OF MULTNOMAH

LARRY GEORGE,

      Plaintiff,

vs.

INTEL CORPORATION, a Delaware
corporation, and SKANSKA USA BUILDING,
INC., a Delaware,

      Defendant.

Case No. **22CV40729**

CERTIFICATE OF SERVICE

STATE OF OREGON
County of Multnomah     ss.

I, Mitch Wirth, hereby certify that I am a competent person 18 years of age or older, a resident of the State of Oregon and that I am not a party to nor an attorney for any party in the within named action; that I made service of a true copy of:

    *Summons and Complaint; Plaintiff's First Request for Production of Documents*

CORPORATE SERVICE - Pursuant to ORCP 7D(3):

Upon **SKANSKA USA BUILDING, INC**, by personal service upon Miranda Groom, the clerk on duty in the office of the registered agent, Corporation Service Company, 1127 Broadway St. NE, Suite 310, Salem, OR 97301 on December 06, 2022 at 12:09 PM.

I declare under the penalty of perjury that the above statement is true and correct.

Dated this 14th day of December, 2022.

x_____
Mitch Wirth
Nationwide Process Service, Inc.
315 W Mill Plain Blvd, Ste. 206
Vancouver, WA 98660
503-241-0636

*361846*