**Patrick C. Wylie,** OSB No. 085187
Email:  pwylie@davisrothwell.com
**Pedro R. Zugazaga,** OSB No. 151642
Email: kzugazaga@davisrothwell.com
**DAVIS ROTHWELL EARLE & XÓCHIHUA P.C.**
200 SW Market Street, Suite 1800
Portland, Oregon 97201
Tel:  (503) 222-4422
Fax:  (503) 222-4428

**Of Attorneys for Defendants**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

LARRY R. GEORGE,

|  |  |
|---|---|
| Plaintiff, | Case No. 3:22-cv-01975-SB |
| v. | **STIPULATED JUDGMENT OF DISMISSAL** |
| INTEL CORPORATION, a foreign corporation, and SKANSKA USA BUILDING INC., a Delaware corporation, | |
| Defendants. | |

Based upon the stipulation of the parties and the parties' stipulation that a general

judgment of dismissal with prejudice may be entered with no costs or fees to any party, it is

hereby ORDERED AND ADJUDGED that this general judgment of dismissal with prejudice is

entered, with no costs or fees to any party.

DATED: June 25, 2024

_____
Hon. Stacie F. Beckerman
U.S. Magistrate Judge

IT IS SO STIPULATED:

DATED this 25th day of June, 2024.

DAVIS ROTHWELL

EARLE & XÓCHIHUA, P.C.


s/ Patrick C Wylie
Patrick C. Wylie, OSB No. 085187
pwylie@davisrothwell.com
Pedro R. Zugazaga, OSB No. 151642
kzugazaga@davisrothwell.com
Of Attorneys for Defendants

DATED this 25th day of June, 2024.

ROSE, SENDERS & BOVARNICK, LLC


s/ Paul S. Bovarnick
Paul S. Bovarnick, OSB #791654
pbovarnick@rsblaw.net
Of Attorneys for Plaintiff